F I L E D
Clerk
District Court

MAY - 7 2007

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07- **00014** |
| Plaintiff, | **INFORMATION** |
| v. | Title 18, U.S.C., § 371 – Conspiracy (Ct. 1). |
| ANTONIETA BONIFACIO AGUON, | |
| Defendant. | |

The United States Attorney charges:

### COUNT ONE

1. From in or about February, 2006, continuing to in or about March, 2007, in the District of the Northern Mariana Islands and elsewhere, ANTONIETA BONIFACIO AGUON, the defendant, together with others known and unknown, unlawfully, willfully and knowingly, did combine, conspire, confederate and agree, together and with each other, to commit offenses against the United States, to wit, to submit false, fictitious and fraudulent claims against the United States in violation of Title 18, United States Code, Section 287; and to aid, assist, counsel, procure and advise tax fraud in violation of Title 26, United States Code, Section 7206(2),

(Title 18, United States Code, Section 371).

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 5/7/07

TIMOTHY E. MORAN
Assistant U.S. Attorney