| | |
|---|---|
| LEONARDO M. RAPADAS<br>United States Attorney<br>CRAIG N. MOORE<br>Assistant United States Attorney<br>DISTRICT OF THE NORTHERN<br>   MARIANA ISLANDS<br>Horiguchi Building, Third Floor<br>P.O. Box 500377<br>Saipan, MP 96950<br>Telephone: (670) 236-2982<br>Fax: (670) 236-2985 | F I L E D<br>Clerk<br>District Court<br><br>MAY - 7 2007<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 00014 |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| ANTONIETA BONIFACIO AGUON, | ) | |
| Defendant. | ) | |

Upon the application of the United States of America, it is hereby ORDERED that the Clerk shall maintain this file under seal until further order of the Court.

*Alex R. Munson*
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE