F I L E D
Clerk
District Court

MAY 1 0 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07- **00014** |
| Plaintiff, | |
| v. | <u>WAIVER OF INDICTMENT</u> |
| ANTONIETA BONIFACIO AGUON, | |
| Defendant. | |

I, ANTONIETA BONIFACIO AGUON, understand that I am accused of committing the crime of Conspiracy To Commit Offenses Against the United States, to wit, to submit false, fictitious and fraudulent claims against the United States in violation of Title 18, United States Code, Section 287; and to aid, assist, counsel, procure and advise tax fraud in violation of Title 26, United States Code, Section 7206(2), all in violation of Title 18, United States Code, Section 371. I have been advised of the nature of the charges, the proposed Information, and my right to be charged by Grand Jury Indictment. I hereby waive, in open court, prosecution by Indictment

///

///

and consent that the proceeding may be by Information, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: 10 May 07

_____
ANTONIETA BONIFACIO AGUON
Defendant

Dated: 10 May 07

_____
Stephanie Flores, Esq.
Counsel for Defendant

Before _____
HONORABLE ALEX R. MUNSON
Chief Judge