# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************

CR-07-00014                                    May 10, 2007
                                               10:35 a.m.

### UNITED STATES OF AMERICA  -vs- ANTONIETA B. AGUON

PRESENT:    HON. ALEX R. MUNSON, JUDGE PRESIDING
            K. LYNN LEMIEUX, COURT ROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
            STEPHANIE FLORES, ATTORNEY FOR DEFENDANT
            ANTONIETA B. AGUON, DEFENDANT

PROCEEDINGS:   **Waiver of Indictment and Entry of Plea on Information**

Defendant appeared with counsel, Attorney Stephanie Flores. Government was represented by Timothy Moran, AUSA. Melinda Brunson, U.S. Probation Officer was also present.

Government moved to unseal the case. Court so ordered.

Defendant was sworn and examined as to her understanding of her constitutional rights, her right to trial and her understanding of the proceedings in the courtroom today.

Defendant stated in open court that she wished to Waive the Indictment and Enter a Plea to the Information. Court accepted the Waiver of Indictment.

Defendant waived the reading of the Information. Court reviewed the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY** to the charges in the Information. Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea of guilty.

Court ordered a Presentence Investigation Report be submitted by July 24, 2007 and that the **Sentencing hearing be set for Tuesday, August 28, 2007 at 10:00 a.m.**

Government moved that the defendant be remanded to the U.S. Marshal pending sentencing. Defense moved that the defendant be released to attend her daughter's graduation on June 5th. Court stated that the request would depend on the U.S. Marshal's availability to escort the defendant to the graduation services on that day.

Adjourned at 11:20 a.m.

/s/ K. Lynn Lemieux, Courtroom Deputy