FILED
Clerk
District Court

JUN 27 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIETA BONIFACIO AGUON,<br><br>Defendant. | Criminal Action No. 07-00014<br><br><br>ORDER RESCHEDULING<br>SENTENCING DATE |

Craig Moore
Assistant USAG
P.O. Box 500377
Saipan, MP 96950

Stephanie G. Flores
Attorney at Law
P.O. Box 506434
Saipan, MP 96950

The sentencing for Antonieta B. Aguon scheduled for Tuesday, August 28, 2007, is rescheduled to Friday, August 31, 2007, at 8:00 a.m.

IT IS SO ORDERED.

DATED this 27th day of June, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)