FILED
Clerk
District Court

JUL 24 2007

For The Northern Mariana Islands
_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANTONIETA B. AGUON, )<br>)<br>Defendant. )<br>_____) | CRIMINAL CASE NO. 07-00014-001<br><br>**REQUEST TO CONTINUE<br>SENTENCING HEARING** |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for August 31, 2007 at 8:00 a.m. Agents from the Internal Revenue Service have informed this officer that they are still compiling information regarding the loss amount and stated that the information will be completed by July 27, 2007. The attorney for the defendant and the government have no objection to a continuance.

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

DATE: July 24, 2007           By: _____
                                   MELINDA N. BRUNSON
                                   U.S. Probation Officer

Reviewed by:

_____
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist