FILED
Clerk
District Court

JUL 24 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00014-001 |
| Plaintiff, ) | |
| vs. ) | **ORDER TO CONTINUE SENTENCING HEARING** |
| ANTONIETA B. AGUON, ) | |
| Defendant. ) | |

Based on the United States Probation Officer's request to continue Sentencing Hearing, **IT IS SO ORDERED** that the Sentencing Hearing currently scheduled for August 31, 2007 is hereby rescheduled to September 14, 2007 at 8:00 a.m. The presentence report shall be submitted no later than August 7, 2007.

SO ORDERED this 24th day of July 2007.

_____
ALEX R. MUNSON
U.S. District Chief Judge