FILED
Clerk
District Court

SEP 11 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIETA BONIFACIO AGUON,<br><br>Defendant. | Criminal Action No. 07-00014<br><br><br>ORDER RESCHEDULING<br>SENTENCING DATE |

Eric O'Malley                Stephanie G. Flores
Assistant USAG           Attorney at Law
P.O. Box 500377         P.O. Box 506434
Saipan, MP 96950       Saipan, MP 96950

Pursuant to the request of Defense counsel and agreement by Plaintiff, the sentencing for Antonieta B. Aguon scheduled for Friday, September 14, 2007, is rescheduled to Friday, September 21, 2007, at 8:30 a.m.

IT IS SO ORDERED.

DATED this 11th day of September, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)