UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-07-00014-001                                                                September 21, 2007
                                                                               8:35 a.m.

**UNITED STATES OF AMERICA -v- ANTONIETA BONIFACIO AGUON**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           TINA MATSUNAGA, Courtroom Deputy
           ERIC O'MALLEY, Assistant U. S. Attorney
           LOREN SUTTON, Counsel for Defendant
           ANTONIETA B. AGUON, Defendant

PROCEEDING:   SENTENCING

   Defendant was present with counsel, Attorney Loren Sutton, standing in for Attorney Stephanie Flores. Government by Eric O'Malley, AUSA. Also present was U.S. Probation Officer, Melinda Brunson.

   Defendant advised the court of her understanding as to the pre-sentence report submitted to the Court.

   Court ordered Attorney Stephanie Flores be removed as the attorney of record for defendant and that she be stricken from the CJA Panel. The Court further ordered Attorney Loren Sutton be appointed to represent the defendant in this matter and continued the Sentencing to September 24, 2007 at 1:30 p.m.

   Court remanded the defendant back into the custody of the U.S. Marshal.

                                Adj. 8:45 a.m.

                                /s/ Tina P. Matsunaga, Courtroom Deputy