F I L E D
Clerk
District Court

SEP 2 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
        MARIANA ISLANDS
   Horiguchi Building, Third Floor
4  P. O. Box 500377
   Saipan, MP 96950-0377
5  Telephone:  (670) 236-2980
   Fax:        (670) 236-2985
6
   Attorneys for United States of America
7
8              UNITED STATES DISTRICT COURT

9              NORTHERN MARIANA ISLANDS

10 UNITED STATES OF AMERICA,      )   Criminal Case No. 07-00014-001
                                  )
                Plaintiff,        )
11                                )   GOVERNMENT'S MOTION FOR
        v.                        )   SUBSTANTIAL ASSISTANCE
                                  )   DEPARTURE UNDER U.S.S.G. § 5K1.1
12 ANTONIETA BONIFACIO AGUON,     )   AND 18 U.S.C. § 3553(e)
                                  )
13                                )
                Defendant.        )
14 _____)

15      COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

16 Leonardo M. Rapadas, United States Attorney, and Eric S. O'Malley, Assistant United States Attorney,

17 and hereby moves the Court, pursuant to United States Sentencing Guidelines § 5K1.1 and

18 18 U.S.C. § 3553(e), to depart from the Sentencing Guidelines based on the defendant's substantial

19 assistance to the Government. The Government recommends that the Court depart downward to

20 advisory Guidelines **Level 15**.

21      The Government intends to make its specific recommendation at the sentencing hearing.

22                                          LEONARDO M. RAPADAS
                                            United States Attorney
23                                          Districts of Guam and the N.M.I.

24
25 Date: September 24, 2007      By:  _____
                                      ERIC S. O'MALLEY
                                      Assistant United States Attorney